UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**LATESHA WILLIAMS,**

      **Plaintiff,**

  v.                          **Civil Action 2:22-cv-3561**
                                  **Judge Michael H. Watson**
**JARYAH BOBO,** *et al.***,**          **Magistrate Judge Chelsey M. Vascura**

      **Defendants.**

## ORDER

Plaintiff's Third Motion for Sanctions (ECF No. 58) is **DENIED WITHOUT PREJUDICE**. The undersigned's Preliminary Pretrial Order provides that "[i]f the parties are unable to reach an agreement on any matter related to discovery, prior to filing a motion, they are directed to arrange an informal conference with the Court" and that the parties "must also file any motions relating to discovery within the discovery period." (Order 2–3, ECF No. 18). Plaintiff failed to request an informal conference prior to filing her Motion, and her Motion was filed a week after the July 26, 2024 discovery deadline. Accordingly, to have the Court resolve this dispute, Plaintiff would first need to move for and obtain an extension of the discovery period, and then email Vascura_Chambers@ohsd.uscourts.gov to request an informal conference.

    **IT IS SO ORDERED.**

                                          /s/ *Chelsey M. Vascura*
                                          CHELSEY M. VASCURA
                                          UNITED STATES MAGISTRATE JUDGE