# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Latesha Williams,** : | |
| : | Case No. 2:22-cv-03561 |
| **Plaintiff,** : | |
| : | Judge Watson |
| v. : | |
| : | Magistrate Judge Vascura |
| **Jaryah Bobo,** *et al.***,** : | |
| : | |
| **Defendants.** : | |

## JOINT MOTION TO AMEND CASE SCHEDULING ORDER

Plaintiff Latesha Williams and Defendants Jaryah Bobo, Zahara Ariel LLC dba Cards for All People and MTF Partners LLC (collectively, "the Parties"), by and through their undersigned counsel, respectfully move to amend the case scheduling order.

As the Court is aware, the Parties had been working to resolve complex e-discovery issues. Those issues appear to be resolved (subject to supplementation). The parties have agreed to complete Defendant Jaryah Bobo's deposition in early December, and Defendants have requested a date for Plaintiff's deposition in December or (recognizing the difficulty of scheduling during the holiday season) early January.  The Parties jointly request that the discovery deadline be extended to January 10, 2025 for the purpose of completing depositions, and the dispositive motions deadline be extended to February 21, 2025.

Respectfully submitted,

CARLILE PATCHEN & MURPHY, LLP

*/s/ Michael J. King*
Michael J. King (0072597)
Matthew S. Brown (0077687)
950 Goodale Boulevard, Suite 200
Columbus, Ohio 43212
Phone: (614) 228-6135
Fax: (614) 221-0216
Email:

Email:
*Counsel for Defendants*

Agreed by:

 /s/ *James d. Abrams*
James D. Abrams (0075968)
Leon D. Bass (0069901)
TAFT, STETTINIUS & HOLLISTER LLP
65 E. State Street, Suite 1000
Columbus, Ohio 43215
Phone: (614) 221-2838
Fax: (614) 221-2007
Email:

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Joint Motion** was filed and served electronically this 22nd day of November, 2024 and that a copy will be served by first class U.S. mail upon any party not appearing on the Court's electronic service list.

 /s/ *Michael J. King*
Michael J. King (0072597)

2