**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

LATESHA WILLIAMS,

        **Plaintiff,**

    **v.**                                 **Civil Action 2:22-cv-3561**
                                             **Judge Douglas R. Cole**

JARYAH BOBO, *et al.*,               **Magistrate Judge Chelsey M. Vascura**

        **Defendants.**

## ORDER

The parties were ordered to file a status report or dismissal entry on or before February 6, 2026. The parties failed to do so. Accordingly, the parties are again **ORDERED** to file a joint written **REPORT** detailing the status of this case within 7 days of the date of this Order unless they have filed a dismissal entry in accordance with Federal Rule of Civil Procedure 41(a)(1)(A) in the interim.

        **IT IS SO ORDERED.**

                                   /s/ *Chelsey M. Vascura*
                                   CHELSEY M. VASCURA
                                   UNITED STATES MAGISTRATE JUDGE